UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GLADINET BRISTOL,

    Plaintiff,

v.                                                                                         Case No: 6:17-cv-2022-Orl-40DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## REPORT AND RECOMMENDATION

This cause comes before the Court for consideration without oral argument on the following motion:

> **MOTION:**     UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. 15)
>
> **FILED:**     April 30, 2018
>
> _____
>
> **THEREON** it is **Recommended** that the motion be **GRANTED**.

On April 30, 2018, the Commissioner of Social Security (the Commissioner) filed an Unopposed Motion for Entry of Judgment with Remand (the Motion). Doc. 15. In the Motion, the Commissioner requested that her decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) so that the following may occur:

> On remand, the Appeals Council will instruct the ALJ to consider the additional evidence, further evaluate the claimant's subjective allegations, and consider the claimant's ability to return to her past relevant work or, in the alternative, her ability to make an adjustment to other work.

*Id*. at 1.  The Motion is unopposed.  *Id*.  Upon review of the reasons for reversal and remand of the Commissioner's decision, the undersigned finds the Motion well-taken.

Accordingly, it is **RECOMMENDED** that:

1. The Motion (Doc. 15) be **GRANTED**;

2. For the above stated reasons, the final decision of the Commissioner be **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of Section 405(g); and

3. The Clerk be directed to enter a separate judgment in favor of Plaintiff and to close the case.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1.  **If the parties have no objection to this Report and Recommendation, they may promptly file a joint notice of no objection in order to expedite the final disposition of this case.**

Recommended in Orlando, Florida on May 1, 2018.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy