**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GLADINET BRISTOL,

        Plaintiff,

v.                                                                Case No: 6:17-cv-2022-Orl-40DCI

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment under Sentence Four of 42 U.S.C. § 405(g), with Remand to the Defendant (Doc. 15) filed on April 30, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Statement in Response to the Report and Recommendation (Doc. 17) was filed May 1, 2018 wherein the parties asserted they have no objection to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 1, 2018 (Doc. 16), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Entry of Judgment with Remand (Doc. 15) is **GRANTED**.

3. The final decision of the Commissioner of Social Security (the Commissioner) is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of Section 405(g).

4. The Clerk is **DIRECTED** to enter a separate judgment in favor of Plaintiff and to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 3, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties